432 A.2d 257

Valley Forge Christian College, Appellant v. Cote.

Submitted September 8, 1980. Margaret Ann O'Connor, for appellant; Elliott N. Pincus, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.